## UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

| | |
|---|---|
| Sarah Elliott )<br>    *Plaintiff* )<br> )<br>v. )<br> )<br>Ally Financial, Inc. *et al.* )<br>    *Defendants* )<br> ) | Case No.   5:21-cv-00108-TBR-LLK |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sarah Elliott and Defendant Equifax Information Services, LLC hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James H. Lawson | /s/ John M. Williams (by permission) |
| James H. Lawson | John M. Williams |
| *Lawson at Law, PLLC* | *Williams Kilpatrick, PLLC* |
| P.O. Box 1286 | 3151 Beaumont Centre Circle, Suite 375 |
| Shelbyville, KY 40066 | Lexington, KY 40513 |
| Tel:   (502) 473-6525 | Tel:   (859) 245-1059 |
| Fax:   (502) 473-6561 | Fax:   (859) 245-1231 |
| james@kyconsumerlaw.com | williams@wktlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Sarah Elliott* | *Equifax Information Services, LLC* |