## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CASE NO. 5:21-CV-108-TBR

SARAH ELLIOTT                                                      PLAINTIFF

V.

ALLY FINANCIAL, INC., *et al.*                                    DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

All deadlines are vacated. This case is now closed.

cc: Counsel

**Thomas B. Russell, Senior Judge**
**United States District Court**

September 14, 2022